UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON CHILDREE,

    Plaintiff,

V.                                                    CASE NO. 5:15-cv-264-MW-GRJ

ENGILITY, LLC,

    Defendant.

_____/

## JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT

Plaintiff AARON CHILDREE ("Plaintiff") and Defendant, ENGILITY, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41, hereby file this Joint Motion to Approve the Parties' Settlement and state:

Upon Order of the Court entered May 18, 2016, the parties have conferred and agreed to substitute pages 1 and 2 of the Settlement Agreement filed on May 17, 2016, with the Settlement Agreement attached hereto as Exhibit A in compliance with the Court's order.

Dated this 20th day of May, 2016.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Matthew K. Fenton* | */s/ Jennifer Monrose Moore* |
| MATTHEW K. FENTON | JENNIFER MONROSE MOORE |
| Florida Bar Number 002089 | Florida Bar Number 035602 |
| mfenton@wfclaw.com | jennifer.moore@ogletreedeakins.com |
| | |
| WENZEL FENTON CABASSA, P.A. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 1110 North Florida Avenue | 100 North Tampa Street |
| Suite 300 | Suite 3600 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: 813. 224.0431 | Telephone: 813.289.1247 |
| Facsimile: 813.229.8712 | Facsimile: 813.289.6530 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Matthew K. Fenton
WENSEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
mfenton@wfclaw.com

*/s/Jennifer M. Moore*
Attorney

24896220.1