# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

AARON C. CHILDREE,

    *Plaintiff*,

v.                            CASE NO. 5:15CV264-MW/GRJ

ENGILITY LLC,

    *Defendant.*

_____/

**ORDER APPROVING FLSA SETTLEMENT AGREEMENT**

The parties jointly move this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 19.

This Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions and because Defendant is paying Plaintiff's reasonable attorneys' fees and costs. This Court approves the Settlement and dismisses the case with prejudice.

For these reasons,

2

**IT IS ORDERED:**

1. The Joint Motion to Approve the Parties' Settlement, ECF No. 19, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The clerk must close the file.

**SO ORDERED on May 23, 2016.**

                                    **s/Mark E. Walker**
                                    **United States District Judge**