UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON C CHILDREE

    VS                                          CASE NO.  5:15-cv-264-MW-GRJ

ENGILITY LLC

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

May 23, 2016                          s/ Jeremy Wright
DATE                                    Deputy Clerk: Jeremy Wright